162 A.3d 846

**SHEAHAN**

v.

**HISTORIC PRESERVATION COMMISSION OF ANNAPOLIS**

**Pet. Docket No. 82, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1974, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 846

**SIMMONS–BRIGHT, Dontae**

v.

**STATE of Maryland**

**Pet. Docket No. 66, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 313, Sept. Term, 2016).

Petition for writ of certiorari denied